Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

### DISTRICT OF MINNESOTA

### United States v. Jason Lee Smith-King

### Docket No. 0864 0:12CR00088-001(MJD)

### Petition on Supervised Release

COMES NOW **Allison M. Langenwalter**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jason Lee Smith-King** who was sentenced for Interference with Commerce by Robbery and Use of Firearm during a Crime of Violence on January 16, 2013, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Mandatory drug testing
- Substance abuse testing
- Sex offender/Predatory Offender registration
- Provide DNA
- Psychological/psychiatric counseling/treatment
- Take prescribed medication
- Employment required
- Financial disclosure
- No new credit
- No firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Jason Lee Smith-King is scheduled to be released from the custody of the Bureau of Prisons on January 20, 2022, but has not yet secured a release residence.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 180 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

| ORDER OF THE COURT | |
|---|---|

Considered and ordered this  10th  day of  January 2022 , and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Allison M. Langenwalter
Allison M. Langenwalter
U.S. Probation Officer
Telephone: 218-210-6033

Executed on   January 7, 2022
Place             Bemidji

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer